UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22CR00475AGF |
| ) | |
| TIMOTHY SCOTT CARRON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Defendant Timothy Scott Carron's Motions to Suppress Tangible Evidence (Doc. No. 19) and to Suppress Statements (Doc. No. 20). Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Shirley Padmore Mensah.

An evidentiary hearing was held on January 11, 2023, at which Master Sergeant Patrick Sublette testified. On April 7, 2023, Magistrate Judge Mensah issued a Report and Recommendation (Doc. No. 35), recommending that both the motion to suppress tangible evidence, and the motion to suppress statements, be denied. Defendant has not filed objections to the Report and Recommendation, and the time to do so has passed.

After careful consideration, and in light of Defendant's failure to file objections, the Court will adopt and sustain the thorough reasoning of the Magistrate Judge set forth in support of her Report and Recommendation issued on April 7, 2023.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 35] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that this matter remains scheduled for a Jury Trial on **Monday, June 12, 2023 at 9:00 a.m.**

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2023.